# MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

**MEMO ENDORSED**

May 25, 2017

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/17

Re: United States v. Bradford Wedra
    Ind. No. 16 Cr. 522 (RJS)

Dear Judge Sullivan:

This letter is respectfully submitted to request a modification of Mr. Wedra's conditions of release by reducing the level of electronic monitoring from home detention to curfew. With curfew in place my understanding is that Mr. Wedra still would be required to be in his residence from 7:30 p.m to 8:00 a.m. unless authorized to be away during those hours for some specific occasion. All other conditions of release remain in place. As your Honor is aware, the status of the case has evolved. The plea agreement between the parties puts the applicable guideline range in Zone B at 8 to 14 months (with the anticipated inclusion of global credit). The government and pre-trial do not object. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Jessica Lonergan, Esq.
    Leo Barrios, P.T.S.O.

```
In light of the facts that (1) the original
charges, which included racketeering, have been
reduced to possession of contraband cigarettes,
and (2) Defendant's Sentencing Guidelines range
is 8-14 months, the Court agrees with the
government and Pretrial Services that home
confinement is no longer necessary and that a
curfew of 7:30 p.m. to 8:00 a.m. is sufficient.
Defendant's request is therefore GRANTED. All
other bail conditions are to remain in place.
```

SO ORDERED
Dated: 5/26/17

RICHARD J. SULLIVAN
U.S.D.J.