06-20-17;10:54 ;KENNEDY BERG 212425022 # 1/ 1
Case 1:16-cr-00522-RJS Document 847 Filed 06/20/17 Page 1 of 1
Case 1:16-cr-00522-RJS Document 845 Filed 06/20/17 Page 1 of 1

LARRY J. SILVERMAN
ATTORNEY AT LAW
950 THIRD AVENUE
32ND FLOOR
NEW YORK, N.Y. 10022

(212) 425-1616
FAX (212) 425-0221

MEMO ENDORSED

JUNE 20, 2017

**By ECF and Email**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v Alex Conigliaro
     16 Cr. 522 RJS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/17

Dear Judge Sullivan:

Mr. Conigliaro requests a modification of his bail to allow him to vacation with his wife, two daughters, two son-in-laws and five grandchildren during the period July 6, 2017 through July 9, 2017 in Ocean City, Maryland. They intend to travel by car from his home in Staten Island to the Hilton Suites Resort in Ocean City, Maryland.

Pretrial Services Officer Perry and the government have been provided with all of the specifics of the hotel location and have no objection to the travel request. We request that Your Honor approve the modification of Mr. Conigliaro's bail conditions to allow him to take this vacation with his family.

Respectfully yours,

s/ Larry J. Silverman
zorroesq@gmail.com
950 Third Avenue
New York, N.Y. 10022
(212) 425-1616

**By Email**
Jonathan Rebold, Assistant U.S. Attorney
Joseph H. Perry
U.S. Pretrial Services Officer
Joseph_Perry@nyspt.uscourts.gov

SO ORDERED
Dated: 6/20/17
RICHARD J. SULLIVAN
U.S.D.J.