

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2017

**BY ECF**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**United States v. Parrello, et al.,**</u>
            **16 Cr. 522 (RJS)**

Dear Judge Sullivan:

      The Government respectfully writes to address two scheduling matters in the above-captioned case. First, the Government requests a brief adjournment of the motion schedule. Specifically, the Government's response to the defendant's motions is currently due on July 10, 2017, with defense replies due on July 17. The Government respectfully requests a one-week adjournment of this schedule, such that the Government's response would be due on July 17, and the defendants' replies on July 24. The Government has conferred with defense counsel for the six remaining defendants, all of whom do not object to the Government's request.

In addition, the Government and defendant Joseph Merlino respectfully request that the trial, which is currently scheduled to begin on September 5, 2017, be adjourned until mid-February 2018 or later. The undersigned, who are the Assistant United States Attorneys most familiar with this case, all have pre-existing commitments from September through January that would conflict with their participation in a trial in this matter. Edwin Jacobs, Esq., who is Merlino's lead counsel, has a trial that is expected to last most of the rest of the calendar year, and, as such, respectfully requests a trial date in mid-February 2018 to give him adequate time to prepare for trial in this case. Defendants Eugene Onofrio, Frank Depergola, and Ralph Santaniello, through counsel, have no objection to the trial adjournment request; defendants Daniel Marino and Anthony Cirillo, through counsel, take no position. None of the six remaining defendants are incarcerated on the instant case; Santaniello is detained in connection with his pending case in the District of Massachusetts.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By:     /s/
    Amanda Kramer/Abigail Kurland/
    Jessica Lonergan/Jonathan Rebold/
    Lauren Abinanti (SAUSA)
    Assistant United States Attorneys
    (212) 637-2478/2955/1038/2512

cc:     All counsel (by ECF)