# DOAR RIECK DeVITA KALEY & MACK
### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK
JAMES R. DeVITA

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES I. WASSERMAN
MICHAEL MINNEFOR

**MEMO ENDORSED**

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

December 7, 2017

VIA ECF and E-Mail
Hon. Richard J. Sullivan
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/17

Re: *United States v. Anthony DePalma,*
Docket No. 16 Cr. 522 (RJS)

Dear Judge Sullivan:

    I represent Anthony DePalma in the above references matter. I am writing to request a modification of Mr. DePalma's bail conditions so as to allow him to visit the home of his brother, James DePalma, on Sunday, December 10, 2017 and to spend the day with him. James DePalma resides at 42 River Wind Road, New Canaan, CT 06840.

    Anthony DePalma was arrested in this case on August 4, 2016 and released on conditions principally requiring a bond in the amount of $250,000 cosigned by three financially responsible individuals and secured $10,000 cash, Pretrial Services supervision and with travel restricted to the SDNY and EDNY. All conditions have been satisfied.

    I have been in contact with Pretrial Services Officer Vincent Adams who advises that he does not object to this bail modification. I have been in contact with AUSA Amanda Kramer who advises that the Government does not object to this request.

    Accordingly, I respectfully request that Mr. DePalma's bail conditions be modified so as to allow him to visit the home of his brother in Connecticut on Sunday, December

Hon. Richard J. Sullivan         -2-         December 7, 2017

10, 2017.  It is anticipated that Anthony DePalma would leave his home no sooner than 10:00 a.m. and return home no later than 10:00 p.m.

    Thank you for your consideration of this request.

        Respectfully submitted,

        /s/
        John F. Kaley

cc:    AUSA Amanda Kramer
      (via ECF and e-mail)
      Pretrial Services Officer Vincent Adams
      (via e-mail)

SO ORDERED
Dated: 12/7/17

RICHARD J. SULLIVAN
U.S.D.J.